

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

-vs-                                                                Case No. 07-1370-01

DONALD MILLER

---

| | |
|---|---|
| DATE: | October 18, 2007 |
| | Your Case No.:   05-114770 |
| TO: | United States District Court<br>Superior Court of the District of Columbia<br>500 Indiana Ave. N.W.<br>Washington, DC 20001 |
| FROM: | Edward C. Jackson, Courtroom Deputy for<br>Karla R. Spaulding, United States Magistrate Judge<br>(407) 835-4320<br>George C. Young U.S. Courthouse and Federal Building<br>401 West Central Boulevard<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5©) Proceedings |

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | OCTOBER 18, 2007 |
| RELEASE/DETENTION: | Conditions of Release were set and the Defendant was released on bond. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Complaint |

Enclosures